Pro Se Request For E-Filing    No. 22-2299
RE: Jackson v Humana #1:18-CV-02413

Greetings,

U.S.C.A. — 7th Circuit
RECEIVED
AUG 08 2022

My name is LaTanya Lynn Jackson and I am sending this writing request to be granted the right to filing electronically with the Court for my ongoing Pro-Se case filings for my Appeal.

My Email is LLJACK64@GMAIL.com

My mailing address is   LaTanya Lynn Jackson
6020 S. Stony Island Ave
Apt. # 2E
Chicago, IL 60637

My contact # is 312.217.3701


Respectfully Submitted

S/LaTanya Lynn Jackson


8-5-2022

# Pro-Se Electronic Filing Request

U.S.C.A. – 7th Circuit
RECEIVED
AUG 08 2022 SK