No. 22-2299

# United States Courts of Appeals
For the Seventh Circuit

Chicago, IL

3/20/2023

Federal Rule of Appellate Procedure 41:

Mandate; Motion to Stay for Writ of Certiorari in Supreme Court.

90 Days

LATANYA L. JACKSON,
Plaintiff-Appellant,

v.

HUMANA INSURANCE CO.,
Defendant-Appellee.

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 18-cv-02413

Franklin U. Valderrama, Judge.


**Name:** LaTanya Lynn Jackson

**Address:** 6020 S. Stony Island Ave Apt# 2E  Chicago, IL 60637

**Phone:** 312-217-3701

**Email:** LLJACK64@GMAIL.COM

No. 22-2299

No. 22-2299

United States Courts of Appeals
For the Seventh Circuit

Chicago, IL

U.S.C.A. – 7th Circuit
R E C E I V E D

MAR 17 2023 CAG

LATANYA L. JACKSON,
Plaintiff-Appellant,

v.

HUMANA INSURANCE CO.,
Defendant-Appellee.

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 18-cv-02413

Franklin U. Valderrama, Judge.

Name: LaTanya Lynn Jackson

Address: 6020 S. Stony Island Ave Apt# 2E  Chicago, IL 60637

Phone: 312-217-3701

Email: LLJACK64@GMAIL.COM

## PETITION FOR REHEARING EN BANC Rule 35:

### Statement:

**(B) the proceeding involves one or more questions of exceptional importance**

### ARGUMENT- No. 22-2299

No. 22-2299

## Conclusion-Special Circumstances.

I *LaTanya Lynn Jackson* come before the court today 3/20/2023 requesting **an exception** due to my mental illness which was triggered by the Order dated 2/24/2023 and caused me to become incapacitated due to depression and anxiety associated with my documented Acute Stress Disorder.

Once I became stable enoough to proceed on my behalf, I called the court at 312-435-5850 on 3/10/2023 at 9:37 AM call duration was 13 mins and  10:17 AM call duration was 56 seconds and spoke with a court representative who stated that I had until **3/20/2023** to file Petition for Rehearing En Banc and I came into the court located at 219 S. Dearborn Room 2722 on 3/13/2023 and spoke in person with two additional court representatives,, I provided my Case N0 22-2299 and both representatives stated that I have until **3/20/2023** to file petition for rehearing En Banc **F.R.A.P. 35**

( I hope the courts system creates a footprint each time my case is viewed so it will confirm who I spoke with.)

Because I was misinformed and I completely misunderstood the process I am seeking consideration from the court to allow me a fair chance as a Pro Se Litigant who suffers with ADA Mental Illinois which is a serious disabilty. I understand that it is my responsibility to read the rules and procedures and I admit that I am also responsible for the error, however, I was not in my full mental capacity and I am seeking grace and mercy and help in continuing my seven year long journey for justice.

Respectfully Submitted,

S/LaTanya Lynn Jackson

3/20/2023